**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| BENEFICIAL CONSUMER DISCOUNT COMPANY D/B/A BENEFICIAL MORTGAGE COMPANY OF PENNSYLVANIA, | : | No. 311 WAL 2015 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| PAMELA A. VUKMAN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.